UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

TIMOTHY J. DULLEN,

                Plaintiff,                  6:05-CV-558
                                                             (GLS/GJD)
        v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

**APPEARANCES:**                                   **OF COUNSEL:**

**FOR THE PLAINTIFF:**

McMAHON, KUBLICK LAW FIRM            JENNIFER GALE SMITH, ESQ.
500 South Salina Street
Suite 816
Syracuse, New York 13202

**FOR DEFENDANT:**

HON. GLENN T. SUDDABY                    WILLIAM H. PEASE, ESQ.
Office of the United States Attorney       Assistant U.S. Attorney
100 South Clinton Street
Syracuse, New York 13261-7198

**Gary L. Sharpe**
**U.S. District Judge**

## ORDER

      The above-captioned matter comes before this court following a

Report-Recommendation issued by Chief Magistrate Judge Gustave J.

DiBianco on January 9, 2007.  Despite the passage of more then ten days, no objections have been filed.  Having reviewed the Report-Recommendation for clear error and finding none, the court adopts Judge DiBianco's Report-Recommendation in its entirety.

**WHEREFORE,** it is hereby

**ORDERED,** that the Report-Recommendation filed on January 9, 2007 is **ACCEPTED** in its entirety for the reasons stated therein, and it is further

**ORDERED,** that the Commissioner's decision is **REVERSED** and **REMANDED** pursuant to **SENTENCE FOUR** of 42 U.S.C. § 405(g) for further proceedings consistent with this order; and it is further

**ORDERED**, that the Clerk of the Court provide a copy of this Order to the parties.

February 7, 2007
Albany, New York

*[signature]*
United States District Court Judge